**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jose Mijares-Avitia,                          )
                                              )
            Plaintiff,                        )
                                              )
     v.                                       )        CV-06-1865-PHX-SMM (LOA)
                                              )
Joseph Arpaio,                                )        O R D E R
                                              )
            Defendant.                        )
_____)

It appearing to the Court that Defendant Arpaio's Motion to Dismiss is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 6.  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 29th day of January, 2007.

_____
                Stephen M. McNamee
                United States District Judge